IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00938-AP

JULIEANN RAIL,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1.   APPEARANCES OF COUNSEL

**For Plaintiff**:
Michael W. Seckar, Esq.
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
seckarlaw@mindspring.com

**For Defendant:**

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

Debra J. Meachum
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1570
(303) 844-0770 (facsimile)
Debra.meachum@ssa.gov

2.  **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

    The Court has jurisdiction based on section 205(g) of the Social Security Act 42 U.S.C. 405(g).

3.  **DATES OF FILING OF RELEVANT PLEADINGS**

    A.  Date Complaint Was Filed: 5/07/07.
    B.  Date Complaint Was Served on U.S. Attorney's Office: 6/04/07.
    C.  Date Answer and Administrative Record Were Filed: 8/03/07.

4.  **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    The partes, to the best of their knowledge, state that the administrative record is complete and accurate.

5.  **STATEMENT REGARDING ADDITIONAL EVIDENCE**

    Neither party intends to submit additional evidence.

6.  **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7.  **OTHER MATTERS**

    The parties have no other matters to bring to the attention of the court.

8.  **PROPOSED BRIEFING SCHEDULE**

    Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:

    A.  Plaintiff's Opening Brief Due:       October 2, 2007.
    B.  Defendant's Response Brief Due:    November 1, 2007.
    C.  Plaintiff's Reply Brief (If Any) Due: November 16, 2007.

9.  **STATEMENTS REGARDING ORAL ARGUMENT**

    A.  Plaintiff's Statement: Plaintiff does not request oral argument.

    B.  Defendant's Statement: Defendant does not request oral argument.

**10.    CONSENT TO JURISDICTION BY MAGISTRATE JUDGE**

    A.    ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
    B.    ( X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1© BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

    DATED this 23rd day of August, 2007.

                                    BY THE COURT:

                                    <u>s/John L. Kane</u>
                                    U.S. DISTRICT COURT JUDGE

**APPROVED:**

**For Plaintiff**:
s/Michael W. Seckar  8-23-07
Michael W. Seckar, Esq.
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
seckarlaw@mindspring.com

**For Defendant:**

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

By: s/Debra J. Meachum 8-23-07
Debra J. Meachum
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1570
(303) 844-0770 (facsimile)
Debra.meachum@ssa.gov