IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **07-cv-938-AP**

**JULIEANN RAIL,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

       Defendant's Unopposed Motion for Remand (doc. #16), filed November 15, 2007, is GRANTED.

       This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

       Dated:  November 16, 2007.

       BY THE COURT:

       *S/John L. Kane*
       JOHN L. KANE, SENIOR JUDGE
       UNITED STATES DISTRICT COURT