IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **07-cv-938-AP**

**JULIEANN RAIL,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

---

## ORDER

---

Kane, J.

       The Stipulated Motion for Award of Attorney Fees pursuant to the Equal Access to

Justice Act, (doc. #21), filed February 13, 2008, is **GRANTED**.  In consideration thereof,

it is

       **ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney

fees in the amount of **3,216.00**.

       Dated at Denver, Colorado, this 13th day of February, 2008.

                 BY THE COURT:


                 *S/John L. Kane*
                 JOHN L. KANE, SENIOR JUDGE
                 UNITED STATES DISTRICT COURT